UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY and SUSAN SCHACTER,<br>As Representatives of All Persons Similarly Situated,<br><br>             Plaintiffs,<br><br>v.<br><br>CIRCUIT CITY STORES, INC.,<br><br>             Defendant. | CIVIL ACTION<br>NO. 05 CV 12456 NMG;<br>MAG. JUDGE ALEXANDER |

## JOINT STATUS REPORT

Plaintiffs Stacey and Susan Schacter ("Plaintiffs") and Defendant Circuit City Stores, Inc. ("Circuit City" or "Defendant") submit this status report to advise the Court of developments related to this action.

The parties, after extensive negotiations, executed a Settlement Agreement on May 31, 2007 (the "Settlement Agreement"). In connection with the Settlement Agreement, the following has occurred, in chronological order:

1. Plaintiffs filed their Complaint in the Hamilton County Common Pleas Court, Case No. A0703712, and a copy of the Summons and Complaint was delivered to Defendant on April 24, 2007.

2. Judge Steven E. Martin was assigned to the case.

3. On May 22, 2007, Notices of Appearance were filed by Defendant's attorneys, Richard M. Knoth and Michael J. Montgomery of the law firm

      Baker & Hostetler LLP.

4. A Settlement Agreement was executed on May 31, 2007.

5. On June 4, 2007, the parties filed a Joint Motion for Preliminary Approval of the Settlement Agreement, Approving Notice and Setting a Fairness Hearing.

6. Judge Martin entered the Order of Preliminary Class Certification and Approval of Settlement Agreement on June 15, 2007.

7. On July 5, 2007, the Settlement website and telephone number were implemented.

8. Between July 5 and August 6, 2007, Mail and Publication Notice was provided to prospective Class Members.

9. The Fairness Hearing is scheduled for September 4, 2007, at 9:00 a.m.

This status report is respectfully submitted in compliance with the Court's Order Granting Joint Motion to Stay the Case, which was entered on March 6, 2007. Under the terms of the Order, the parties must file a joint status report three (3) months after a Settlement Agreement is signed or on August 31, 2007, whichever is earlier. Additionally, under the terms of the Order, the parties will continue to report back

to the Court every sixty (60) days hereafter.

Respectfully submitted,

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| __/s/ Jeffrey P. Harris_____ | __/s/ Calvin W. Fowler, Jr._____ |
| Alan J. Statman (0012045) | Calvin W. Fowler, Jr. (*pro hac vice*) |
| Jeffrey P. Harris (0023006) | Turner A. Broughton (*pro hac vice*) |
| Colleen M. Hegge (0038506) | Williams Mullen |
| Statman, Harris & Eyrich, LLC | Two James Center |
| 441 Vine Street | 1021 East Cary Street |
| 3700 Carew Tower | Richmond, VA 23219 |
| Cincinnati, OH 45202 | Tel: (804) 643-1991 |
| Tel: (513) 621-2666 | wfowler@williamsmullen.com |
| Fax: (513) 621-4896 | tbroughton@williamsmullen.com |
| ajstatman@statmanharris.com | |
| jharris@statmanharris.com | Beth I. Z. Boland (BBO # 553654) |
| chegge@statmanharris.com | Thomas Peter R. Pound (BBO # 657378) |
| | Bingham McCutchen LLP |
| John P. Zavez (BBO # 555721) | 150 Federal Street |
| Adkins, Kelston and Zavez, P.C. | Boston, MA  02110 |
| 90 Canal Street | Tel:  (617) 951-8000 |
| 5th Floor | Fax: (617) 951-8736 |
| Boston, MA 02114 | beth.boland@bingham.com |
| Tel: (617) 742-8280 | peter.pound@bingham.com |
| jzavez@akzlaw.com | |
| *Counsel for Plaintiffs Stacey and Susan Schacter* | *Counsel for Defendant Circuit City Stores, Inc.* |

Dated:  August 28, 2007

## CERTIFICATE OF SERVICE

I, T. Peter R. Pound, hereby certify that a true copy of the above document was served upon counsel of record for each other party via the CM/ECF System on this 28th day of August, 2007.

                                                                    __/s/  T. Peter R. Pound_____
                                                                           T. Peter R. Pound